May it please the court. I'm Gary Rowe for the defendants and if I may I'd like to reserve three minutes for rebuttal Okay, watch the clock. I'll try to help you. I will do so We submit that this case does not belong in federal court under principles of equity Comedy and federalism the district court in this case issued a mandatory Injunction as an overlay on an ongoing state court public nuisance injunction When the state court system has proven itself perfectly capable capable of vindicating constitutional values What the plaintiff should have done instead is gone to state court and requested a modification Or perhaps a limiting construction of the provisional injunction to which they objected Instead they chose to seek what the US Supreme Court in Huffman versus pursue has called a quote Disruptive and offensive federal injunction Disruptive and offensive because it reflects negatively on the state's ability to enforce constitutional principles If allowed to stand the district courts injunction creates the risk of routine collateral attacks on state court public nuisance injunctions and gang injunctions May I ask you just to begin does the city of Los Angeles agree that The curfew provisions and I'll call the contested provisions curfew just by way of shorthand, do you agree that these provisions are unconstitutional No, your honor. We are not taking a position on the Constitutionality of those provisions at this time. We don't care to Contest it in this litigation. Well, this is like double talk to me. So let's just go back to basics Did the California Court of Appeal? declare that These curfew provisions are unconstitutional in the colonial chicas case. Yes, the California Court of Appeal declared them Unconstitutional. However, that was not in any of these 26 cases that were before the district court was the same language in there That was declared unconstitutional in the 26 Among the 26 injunctions at issue. It was the same language in all except but I don't know So, let me just get it straight California Court of Appeals says this is unconstitutional, correct? Yes, and you don't disagree with that. I hope we the Supreme Court didn't grant review and we kind of stuck with it Yes, we are and under the California System that flows down to the superior all superior courts, correct? That is correct So therefore the language that is in the current injunction is unconstitutional, correct? No, your honor, not not exactly see this is where I'm having trouble like where you guys are just weaseling around Well, it's not exactly unconstitutional and I don't want to admit it, but I'm not going to enforce it. I understand your honor Let me see if I can Okay, okay. So the Colonial chicas case rendered the injunctions in these cases avoidable, but not void In other words There is a Court of Appeal decision on point and all superior courts in the state of California under California procedure are required to follow that decision however courts of appeal are not required to the procedure therefore for Coming in and getting the injunction changed is not to run to federal court citing colonial chicas Rather it's to go into the state court that issued the injunction and saying your honor We have a slam-dunk case for modification. There's a Court of Appeal decision here. You are obliged to follow it and That's not what happened here. And that's the gist of our argument. Are you enforcing any any of those any of the curfew provisions? No, we have a policy of not enforcing the curfew provision your honor. Have you had mediation in this case? We have I mean to me it's incomprehensible that you got a state Court of Appeals case that says it's unconstitutional you say you're not going to enforce it and all they saying is Why don't you just tell people? It's not like a big thing. You you have easy access to Last known as residents addresses of the recipients of these orders, correct? We have some access some people are difficult to sure but the ones that you have you have right? You could make a good-faith effort to send that notice out, right? Yes, but you're not going to do that voluntarily Well, we've been compelled to by the district court. So we have complied With the preliminary injunction in the meantime however We believe that principles of equity comedy and federalism are so important that they do not permit a district court To require us to do that that the idea of a federal court Interfering with the state court injunction when the problem can be fixed so easily in state court all it takes is You have given notice already to the to the parties required by the district court. We have begun the process of giving notice Yes, you haven't completed that process We believe we have an ongoing obligation to continue to look for people because as I mentioned it's difficult to find everyone But you've made a good-faith effort of those whose addresses are available to you to already send out the notice, is that right? That's correct. And I take it you wouldn't retract that notice Even if you won this case I don't see how we could go to the postal system and pull it out. Just asking you Well, you wouldn't retract your policy of non-enforcing, correct? We have a policy now of non-enforcement it's possible that we could Go to the Court of Appeal in another case and ask the Court of Appeal to disagree with Colonial Chica's because That's the way also the way the California system works. Courts of Appeal are not bound by other courts of appeal and the Supreme Court Denied review in Colonial Chica's so we don't have a definitive California Supreme Court adjudication that's binding on all courts of appeal. Do you have any pending cases in which you have Challenged in which that language is under challenge now in the court of another court of appeal? No, we do not Okay, counsel's judge Gould if I could ask you a question, please. Yes, Your Honor. So if you have the right in other gang injunction cases to take the issue up to a court of appeals and ask that court of appeals to modify the To change the law or to hold something different than what The Chiquita's case said if you can do that does the injunction here Interfere with your ability to do that Yes, it does your honor because the injunction that the district court enters Required us to give notice and required us to Note that the curfew provision is unconstitutional the district court in other words ruled the curfew provision unconstitutional and therefore we would have We we would be bound by that decision It would be required for us to honor that decision Why does it prevent you from going to another California Court of Appeal? under a policy of non-acquiescence and Telling them that they're that you disagree with with Colonial Chiquita's and that you you want to challenge it It doesn't prevent us from doing that as an abstract point of law but we would still be required under the district court's order to issue the notice and to accept its holding that the curfew provision is unconstitutional Challenged and brought a collateral attack on Colonial Chiquita's at almost any time since that decision was issued Yes, your honor, but it's not our burden the burden lies that decision was issued six years ago correct 1927 okay So I'm having a hard time understanding how this is interfering with your ability to go and challenge a decision that you haven't challenged in six years Your honor the issue isn't about our ability or willingness to challenge a particular Court of Appeal decision the question is whether the district court can use a California Court of Appeal decision to Interfere with ongoing state proceedings. The question is how does it interfere if if if all it is saying is That you should give Notice mm-hmm right you should you should give notice that you're not going to enforce this anymore Right. Yes, how does that interfere? With any proceeding it interferes with ongoing gang nuisance proceedings, right the gang Injunctive proceeding what ongoing proceedings which which court? 26 superior courts that are administering and these are ongoing These are ongoing a nuisance proceeding is an ongoing proceeding under California law. Are you having hearings before state judges? No, but one has the ability to go into court it's ongoing only because you have an injunction that's in place That's right an injunctive proceeding is according to the California Supreme Court But there are currently no hearings and you have you don't have any intention of having any hearings We will have hearings if defendants go into court and ask for a modification, right? Well, that's true of any injunction in the sense of potentially it could be modified Precisely the point but but there's no ongoing proceedings, correct? No, your honor. Yes, and what the Plaintiffs asked for here is they do not ask to Up and that those gang Proceedings in any way, right? They are not really asking in effect to challenge those court orders No, your honor, they are challenging the curfew provision in those court order Well that if you if they really were challenging the court orders, why didn't you raise Rooker Feldman? We didn't raise Rooker Feldman because under Lance versus Davis the US Supreme Court's 2006 case It only applies to parties. There's no privity doctrine. Okay, so so let's that's why I'm starting there. So Rooker Feldman is out because These individuals who are in this now certified class were not parties to These 26 cases, correct Yes, that's right. They were not names. They were not named. So then all of them weren't right So then no no Rooker Feldman. So then you go to the next question. Okay. Well about younger How then are these individuals who are not named as parties in these lawsuits? How is they're going to federal court going to interfere With the state court in two ways your honor first three circuit courts the sixth the seventh and the eleventh have held that non parties in nuisance injunction proceedings are bound are Required to go to state court that younger or younger like abstention applies and second in our case the Relationship between the gang members served with the injunctions and the named parties is closer Than it was in those case he in cases the interests of the people served but not named are intertwined with the interests of The members who were served and the gangs who were named in the injunction cases themselves this court in the green case Set up as polar cases Hicks versus Miranda on the one hand and Duran versus Salem in on the other hand and we submit that this case is much more like Hicks versus Miranda which involved an employer-employee relationship and Interestingly at the end of that section of Hicks justice white writing for the court Cited chief justice burgers opinion in le versus Medrondo Which held that labor unions and their members are intertwined for purposes of younger That was the concurring opinion, but justice white for the majority and Hicks cited that case What about the people who aren't gang members? If they're not gang members, then they can Petition the court to get out they can file a paper with the city attorney Why do they have to do that in other words if I if I'm not a gang member? Presumably I shouldn't be covered by one of these 26 orders, right? Yes, that's correct. But if you serve me with that, why can't I go to federal court and say look? I'm not not only was I not a party, but it says you have to be a gang member. I'm not I'm not a gang member I let me answer your question and save the rest of the time for rebuttal The answer to that would be there's a perfectly appropriate process in state court by which you can opt out So the need for federal intervention is not necessary because of the adequacy This is a very tricky case I think and you would probably agree everyone by their briefing It's not that you you're saying well You don't need to be in federal court and I agree with you one wouldn't need to be in federal court You could go so let's just say that I that you're you're totally correct. You could go to state court There's not a barrier to going to state court But that doesn't answer whether you could be in federal court so since there's no exhaustion requirement It's possible to have parallel proceedings as long as they're not interfering. So could you just address the second point of? Sure, you can go to state court, but why can't you also be in federal court at your option parallel proceedings? Your honor are of course ordinarily allowed except when there is an ongoing state proceeding which there is here and the federal Action would interfere with that or would make state court would be disruptive to the state court process Administering a gang injunction is very complicated as in the Hoover case the McKesson case the Godfrey case It would be mischievous to allow parallel proceedings Given the state's strong interest first in abating public nuisances That's the interest here and second in enforcing its orders and its injunctions as in the Pennzoil case The O'Shea case and the Juarez case which governs contempt There is such a strong state interest in that that allowing people to go into state court when they want to say hey I'm not covered by this That that's where the interference lies. I Okay, there are no more questions right now, I'll sit down Good morning your honors. I'm it is the court and Anne Richardson on behalf of the plaintiffs of Hallease The reason that abstention does not apply in this case is that for four and a half years Following the decision in colonial chicas that held that these curfew provisions were unconstitutional The city of Los Angeles Continued to serve arrest and prosecute people for those current those curfew provisions that it knew to be unconstitutional There is no case that the appellants have cited that is even remotely close for multiple reasons First of all the standard in the Ninth Circuit For younger abstention is whether the action would enjoin or have the practical effect of enjoining a pending state court Proceeding as your honors have pointed out. There's no real pending hearing. There's no trial There isn't really a pending proceeding other than this ongoing gang injunction But this action will not enjoin that action in any way it does not interfere with it It is not an insult to it unlike the case in the three Circuit case decisions that are cited by the appellants Those are all extremely different because there the court the federal court was being asked to issue a sort of advisory type opinion to the state court about how an injunction should be applied and Also, because in that case in those cases There was no state court decision that had already ruled these provisions unconstitutional and in their brief appellants own Opening brief they say they admit that colonial chicas did hold unconstitutionally vague The gang injunction curfew provisions that are at issue in this federal case. That's on page 40 of their opening brief So I do think it's a little disingenuous for the appellants to say well, we we might still challenge it They've already agreed. They've never challenged in the past They have they finally a day before we they filed their opposition to our motion for preliminary injunction They finally came out with a policy to their police officers that said don't arrest people By the way, we still don't know whether or not they're continuing to serve these Injunctions, but for these in this extremely unusual situation, which is a little hard to believe It was hard for us to believe that they didn't just agree. You're right. These provisions are unconstitutional. Let's do something about it Let's change it. It's in this very unusual surface You could have easily gone to state court and gotten a declaratory judgment, correct? We could have gone to 22 different state courts with 26 different gang injunctions But that's not the standard in the Ninth Circuit and and in the Supreme Court in the case of New Orleans Public Service nopsy frequently referred to The court very clearly said there is no doctrine that the availability or even the penancy of state judicial proceedings excludes the federal courts They also said we do not remotely suggest that every pending proceeding between a state and federal plaintiff Justifies abstention. There are ongoing state and federal proceedings all the time This court in green said the fact that there was a state proceeding where the plaintiffs could have raised Their claims in a very similar proceeding Did not mean they were required to and part of the reasoning for that was this exhausting requirement that your honor mentioned There is no requirement that you canvass the state law courts to see whether there is a place you can bring your claim You are permitted to do so in federal court So long as the court has jurisdiction Counsel I certainly agree You're not absolutely required to go to state court first, but there is the doctrines there are doctrines about comedy and about federalism and so, you know, why is it not the case that to let the federal court by injunction Basically superintend or monitor the state court Gang injunction proceedings Offends principles of comedy It's very important point your honor We are not asking to monitor the state court proceedings in any way in this case The defendant has already decided they're not going to enforce these provisions Colonial chicas if anything modified the state court injunctions It was the state court opinion in colonial chicas that modified them and all we're trying to do is ask the court Sorry is ask the city To let people know that they are no longer going to enforce these provisions Which they've already said they're not going to do so. We agree if there was any way that this was Enjoining the state court proceeding was was was interfering bringing it to a halt Interrupting it say in the middle of a trial or while there was an appeal that was pending to the state court Those are the circumstances where courts have found abstention to be appropriate because there is an interference There's an insult, but here there's no insult. We just want to enforce the law. That's already been articulated by the state courts So we really are not doing anything to monitor or insult the state court proceedings whatsoever Brings me to my question. I keep going back to your complaint and then looking at the injunction Could you summarize for me what your claim is and what relief you're seeking As it relates to the preliminary injunction or the entire case. Oh We are seeking both a preliminary injunction and statutory Penalties and way of damages on behalf of all persons served with these injunctions We did also pursue a subclass of Persons that were arrested but the court did not certify that class So at this point we are seeking Statutory damages and preliminary injunction based on due process as well as the California Constitution and civil code 52.1 But what what's your what relief do you want besides giving notice on your injunction is there any other injunctive relief As far as a permanent injunction your honor there may be requirements for training there might be a requirement to To ensure that the city does in fact continue to enforce and uphold the policy that it said it's currently enforcing We have we're in the process of doing discovery your honor So I can't yet speak as to whether there might be other additional aspects to a permanent injunction but in your preliminary injunction Do you have an effect at the federal court declaring that? State court orders are invalid or unconstitutional Absolutely not. I mean what we are doing is simply adopting and trying to enforce a state court decision Colonia chicas is the law as articulated by the state courts That's a distinction that from all the other cases cited by the appellants. We are not asking to enjoin or Interpret the law in any way that that has not already been ruled to be law by the state courts Right counsel, but in but it seems to me what? What you are doing is you're asking in the federal court to enforce the state courts ruling with regard to the unconstitutionality of those provisions Well, there's an important distinction your honor between an injunction and the state court, I'm sorry the city's policy of enforcing it and At all times here. We have been trying to focus on the city and what it's doing in the wake of Colonia chicas and their own briefs. They argued that Colonia chicas modifies the injunction By itself just by being the law of the land and somehow our plaintiffs were supposed to know and Be aware that they were no longer supposed to abide by that curfew provision. So they've already Argued if you will that Colonia chicas and the the injunctions that the injunctions have already been modified By the state court decision and all we're doing is asking that the city stop We would never have filed the suit Maybe we could have filed a suit, but we wouldn't have filed a suit if the city hadn't continued to serve. They considered Additional options they considered at going in for modifications or sending out notices. They decided not to and that's in the record SER 9 and 10. I think I understand that but now Again you're not required to do this But if you could get all this relief in state court Then where does that leave us in? Evaluating whether there's irreparable injury that would support injunction now there's under the winter factors one of the factors is that the planners would be irreparably injured absent injunction and And how are they? Irreparably injured if they could march into state court and get this relief Well, first of all, there are 22 different actions There would have to be plaintiffs from each of the 22 injunctions that would go into state court and do that Second of all what we're really doing is we're trying to make sure that the city stopped enforcing The city should have stopped enforcing this law after colonia chicas So we're not really focusing so much on the pure language of the injunction We're focusing on the fact that the city continued to go in Serve people arrest people make people think that they were still subject to these injunctions and had to stay inside That the city might do that even if we had gone in to the court and asked for modifications to the injunctions We don't know that So we are we're focusing on the conduct of the city not the precise language of the injunction if you will Did I answer your question Okay So Shall I move on to the due process portion or the court interested in hearing? Regarding the due process. I think it's important to note that you know Once colonia chicas came down if not before It was clear that due process had been violated and so whether or not people were served With the injunction before colonia chicas came down or afterwards Once it came down their rights were violated and they were entitled to notice that These provisions would no longer be enforced Area of law other than immigration law Have the court said that simply because your rights are being violated you're entitled to notice You know Certainly with respect to Criminal law certainly with respect to Try to remember some of the injunctions relating to There's been a requirement that the city notify people It requires a situation in other words You know, you can't point to anything in a civil context. I take it. I mean, these are civil injunctions, correct? That's true. And basically we're saying Okay, your rights have been violated And the remedy is a And I'm trying to find what's the Legal predicate for such. Yeah, it's it's really a quasi criminal proceeding in some ways These gang injunctions. They they potentially put people at risk of being prosecuted So I think that the immigration and criminal Context is very relevant to that When someone has had their rights chilled and they're being warned that they cannot they're subject to prosecution If they go outside or you know the other aspects of the injunction then they're Entitled to notice that that portion will not be enforced So it's it's because they're subject to prosecution they say in the colonial chicas decision itself Which said that this was a violation of due process rights because it was unconstitutional in Bay The the cases cited by the appellants McCullough and other cases regarding sentencing Are completely distinguished a bit because in those cases even though the INS gave in an accurate form the statute that was out there said that Had the proper standard in it. So there was due process provided because they had they had access to the statute here They only have the injunction the written form the injunction There's no other place they can look to find out what the law is. And that's why let me ask a more practical question You're you're in this lawsuit in federal court You're only here in the Court of Appeals because an injunction has been entered. So you're in a in locatory appeal in the middle of your case They've said Well, we actually have given the notices we've complied And we're continuing to comply to the extent we can find additional people Recognizing of course plaintiffs always say but we don't know that if We say it's moot or we agree with you We don't know if you'll quit doing it But the fact of the matter is isn't it essentially for purposes of the interlocutory appeal? Isn't it essentially moot and if there was a problem you could then go back to the district court You mean this this appeal is just well just just on the just on the yes on the preliminary injunction and and You'd be where you'd want to be and they are where they are Right, although they don't want to be in federal court. They are in federal court in preparing for this argument We have the same thought your honor. This may well be moot We're in the process of ascertaining whether or not the all of the acts of the preliminary injunction have been completed Just with respect to this appeal, yeah It's just this Interlocutory appeal that we're looking at now act and they never did seek a stay of the injunction how they complied with that's right It's so I think that that that may very well be the case wrong and if that's the case your position would be that At this stage this appeal is moot and then you go about your way proceed with the remainder of the case wrong Thank you, thank you, would you put two minutes back, please? You don't mind to pick up where we left off And comment on this mootness issue I'd appreciate it Yes, your honor. First of all, we think the case is not moot because we have an ongoing obligation to give notice We are continuing to look for people and therefore there's more to be done to comply with the injunction and Second there's a your ongoing obligation consists of what? We haven't been able to find everyone yet. So we're continuing you have it. You have a discreet list of names I'm sorry, your honor discreet list of names, but you have to advise under the PI we are trying to No, we don't have a discreet list of names. We have to find everyone according to the preliminary injunction and who has been Who's subject to the gang injunction? In other words everyone served with it? Okay, but it's you do you know who you served oh we Know many of the people we've served. Yes, but we don't know where they are. Okay? No, but you didn't answer my question. Do you know do you have a list of the people you served? I believe we do. Okay, but that's a discreet list Okay. All right Yeah If you have to if the PI requires you to go back and reserve those people with a different form of notice saying we're not Going to enforce these provisions of the gang injunction and you have a discreet list of people that you have to serve Yes, but we haven't found everyone So we have a continuing obligation to locate those people to provide them with the notice that the district court asked for So you let's just say there's a thousand people for purposes of talking There's a discreet list as judge Biby says of the ones for whom you had addresses Or contact information that notice has been sent, correct? Yes, and then there's some subset of these people for whom you don't have people who have moved People who don't have information or who haven't people who were in custody were in custody no longer are right So you're trying to track them down to give notice. That's correct. And that's a continual obligation as long as the injunction What percentage of the total list is in that category? I don't have an answer to that question. Your honor. I don't know the number big or small I Couldn't tell you I couldn't tell you I see that I have No, we're gonna give you time to come back. But I mean, you know, it's a practical matter. You're here on this All of you are here in a preliminary injunction with some, you know, pretty serious legal questions. And yet the essence of what? They want which was notice at this time The city has agreed to do Your honor what you know? It really counsels for not Involving the Court of Appeals at this time. It seems your honor like a very small matter and Indeed it is in the sense to which your honor is referring However, what's really at stake here is the insult to the state court the idea that the district court can't trust them to police constitutional values as the court proved is capable of doing in colonial chicas the idea that younger abstention should govern this Entire case and that it's not optional. It's not something you do in some circumstances when When there's a big matter at stake and you skip in other circumstances That might be very different if you've gone back if if somebody if they've gone back into or if you've gone back into state court And said, okay, we want to modify We want to modify this or we're going to challenge it Let's just get it all clear because if we modify if you went back and voluntarily modified the gang injunctions You might have a much stronger argument that that that that the people who are subject to the injunctions Have an obligation to be aware of what the law is But you haven't put that in you haven't put that in place District Court now has issued an order saying well You've got it. You've got at least correct that because there's a misapparate a possibility of miss misunderstanding here Your honor with all respect, I think it's actually the converse I think it's the plaintiffs who have an obligation to go into court based on colonial chicas and Have a change imagine if you will that a new rule of criminal procedure comes down After a defendant is convicted there's no obligation of the government to give notice that there's a new rule that you could invoke in your habeas petition or Into in your appeal here plaintiffs have the raw materials colonial chicas to make a very easy motion for modification There's no doubt they could go into state court we all agree on that the question is can they come here to But in effect with colonial chicas Being the governing law to date with there's no other pending challenge. No Supreme Court Review pending That basically becomes the law of California, right that This language is unconstitutional. That's Tana not saying that's the law of California, right? The law binding on all superior courts would be the precise way to put it, right? but It's finding on you too, isn't it? I mean that that's what I'm having trouble. It's like you're saying well the city We're not really there. It's really the Superior Court. That's bound. Well, they're bound but when there's a Supreme Court case that sets out the law. You don't say well, that's really just binding on the Superior Court La County Attorney says and I'm going to comply with that too. Let's just say it's on some other issues So that seems to me by kind of splitting hairs Your honor. I don't think it actually is in that in my hypothetical if a new decision of this quarter The Supreme Court comes down the prosecutor doesn't have an obligation to Vacate a conviction if it was based on say a search That's no longer a valid search under this courts or the Supreme Court's rule of law the defendant has an obligation to move to vacate the conviction or To make an appeal and that's the same situation but it's the same situation where we're talking about a policy and practice of The law enforcement and if now that policy and practice has been determined to be unconstitutional You know, how do you challenge that? It's the same whether it was in earlier civil rights cases or now you challenge it you can challenge it by a 1983 action So what I'm having some trouble with is is you're standing here and saying well, it's binding on the Superior Court But it's really not binding on us because because we can go out I mean, why don't you go out and you know, why have you agreed to give notice? Why did you decide not to enforce it because it was unconstitutional, right? We decided as a matter of policy It wasn't very valuable to us as a prosecutorial tool and it wasn't worth fighting Didn't anything to do with the fact that the California Court of Appeal declared it unconstitutional Certainly in that it's not worth the fight if in the damages phase of this case, we might well take a different position and Disagree with colonial cheek as that is open to us we don't think it's worth as a prosecutorial tool very much so we don't want to make a big deal out of preserving that provision of the injunction if Plaintiffs had gone to state court as I said, they would have a very easy modification and under cases like the 7th circuit the 6th circuit the 11th circuit Younger abstention Governs here and the ordinary principle which your honor cites that you can go to federal court under section 1983 simply doesn't apply because younger requires in cases where there's a pending proceeding a super irreparable injury if you will the language in younger is irreparable injury itself is insufficient unless the danger is both great and immediate The danger can't be when there is an ongoing state injunctive proceeding and in California Injunctive proceedings like this one are ongoing Precisely because of the ease by which one can modify the injunction Thank you. Thank you very much your honor. Thank you to both counsel also for the very excellent briefing the case just argued Rodriguez versus, Los Angeles is submitted
judges: McKeown, Gould, Bybee